1  Kathleen C. Jeffries (State Bar #110362)
   kjeffries@scopelitis.com
2  SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
   2 North Lake Avenue, Suite 560
3  Pasadena, California 91101
   Telephone: (626) 795-4700
4  Facsimile: (626) 795-4790

5  Attorneys for Plaintiff
   THREE SONS, INC. dba AMERICAN MEAT COMPANIES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THREE SONS, INC. dba AMERICAN MEAT COMPANIES, a California corporation, | Case No. 8:21-CV-01692-JVS-KES |
|---|---|
| Plaintiff, | PLAINTIFF THREE SONS, INC. dba AMERICAN MEAT COMPANIES' REQUEST FOR ENTRY OF DEFAULT OF DEFENDANT FELIX EXPRESS |
| v. | |
| FELIX EXPRESS INC., a California corporation; V LINE INC., a New York corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Plaintiff Three Sons, Inc. dba American Meat Companies hereby requests that the answer of defendant Felix Express Inc. ("Felix") on file in this action be stricken and that this Court enter Felix's default on the complaint on file herein on the ground that said defendant has failed to obtain counsel following the Court-approved withdrawal of Larson & Gaston, LLP by John B. Larson as counsel of record.

/ / /

/ / /

/ / /

/ / /

On May 6, 2022, this Court issued its Order permitting counsel to withdraw and advising Felix to obtain new counsel or show cause for why default should not be entered against it within 30 days of the Order. According to the records in this case, Felix has failed to comply with the terms of the Order.

Based upon such failure, the default of Felix would properly be entered by this Court.

The failure of a corporation to retain new counsel after the withdrawal of its initial counsel is a valid basis for a court to enter a default and a default judgment against the corporation, notwithstanding that it (through counsel) had previously filed an answer to the complaint. *Mayorga v. Stamp Concrete & Pavers, Inc.*, 2015 WL 1345364, at *2 (S.D. Fla. Mar. 23, 2015). See, also, *Christa Constr., LLC v. Connelly Drywall, LLC*, 879 F.Supp.2d 389, 391 (W.D.N.Y. 2012) (corporation's "refusal to comply with a court order mandating it to appear by counsel, notwithstanding its filing of answer by counsel who subsequently withdrew, constitutes a default for failure to 'otherwise defend'" under Rule 55); *Next Proteins, Inc. v. Distinct Beverages, Inc.*, 2012 WL 314871, at *1–2 (E.D.N.Y. Feb. 1, 2012) (default judgment as to liability entered pursuant to Rule 55(a) against corporation that failed to retain new counsel after initial counsel withdrew); *Kapusta v. Wings, Etc., LLC*, 2011 WL 1883033, at *1 (D.S.C. Apr.15, 2011) (recommending corporate defendants' answer and counterclaim be stricken and default be entered against corporation where it failed to obtain substitute counsel after being required by court to do so).

///
///
///
///
///

Based upon the foregoing, plaintiff Three Sons, Inc. dba American Meat Companies respectfully requests that defendant Felix Express Inc.'s answer to the complaint, filed on January 20, 2022, be stricken and that the default of such defendant be entered by this Court. Plaintiff will thereafter apply to this Court for entry of a default judgment against Felix to bring this matter to a close.

Dated: June 14, 2022

SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP

By: */s/ Kathleen C. Jeffries*
Kathleen C. Jeffries
Attorneys for Plaintiff
THREE SONS, INC. dba AMERICAN MEAT COMPANIES

# CERTIFICATE OF SERVICE

I, **Michelle Lazo**, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2 North Lake Avenue, Suite 560, Pasadena, California 91101.

On June 14, 2022, I served the foregoing document described as **PLAINTIFF THREE SONS, INC. dba AMERICAN MEAT COMPANIES' REQUEST FOR ENTRY OF DEFAULT OF DEFENDANT FELIX EXPRESS** on interested parties in this action as follows:

**VIA FIRST CLASS MAIL, POSTAGE PREPAID, TO:**

Mr. Vitalii Onishchuk, President
FELIX EXPRESS INC.
4945 Shell St.
North Highlands, CA 95660

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 14, 2022 at Norwalk, California.

Michelle Lazo

4861-8024-3233, v. 2