1 | Kathleen C. Jeffries (State Bar #110362)
kjeffries@scopelitis.com

2 | SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560

3 | Pasadena, California 91101
Telephone: (626) 795-4700

4 | Facsimile: (626) 795-4790

5 | Attorneys for Plaintiff
THREE SONS, INC. dba AMERICAN MEAT COMPANIES

6

7

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | THREE SONS, INC. dba AMERICAN    ) Case No. 8:21-cv-01692-SSS-KESx
MEAT COMPANIES, a California    )

11 | corporation,    ) PLAINTIFF THREE SONS, INC. dba
    ) AMERICAN MEAT COMPANIES'

12 |     Plaintiff,    ) NOTICE OF SETTLEMENT AND
    ) REQUEST FOR STAY OF ACTION

v.    )

13 |     ) Trial Date:  Vacated and not reset
FELIX EXPRESS INC., a California    )

14 | corporation; V LINE INC., a New    )
York corporation; and DOES 1    )

15 | through 20, inclusive,    )
    )

16 |     Defendants.    )
    )

17

18

19 |     Plaintiff Three Sons, Inc. dba American Meat Companies ("AMC")

20 | hereby notifies the Court that AMC has reached a settlement agreement with

21 | defendant Felix Express Inc. ("Felix") for full resolution of this case, pursuant to

22 | which the case will be dismissed with prejudice on or about February 15, 2023 upon

23 | satisfaction by Felix of the agreed-upon installment payment plan or, in the case of

24 | default by Felix on such plan, entry of judgment against Felix pursuant to

25 | stipulation.

26 |     Pursuant to the terms of the Stipulation re Settlement, Stay of Action

27 | and Entry of Judgment upon Default, an executed copy of which is attached hereto.

28 |

PLAINTIFF'S NOTICE OF SETTLEMENT AND REQUEST FOR STAY

1    AMC respectfully requests that this action be stayed pending completion of the

2    installment payment plan.

3

4    Dated:  August 22, 2022                    SCOPELITIS, GARVIN, LIGHT, HANSON
                                                & FEARY, LLP
5

6                                               By:    /s/ Kathleen C. Jeffries
                                                       Kathleen C. Jeffries
7                                                      Attorneys for Plaintiff
                                                       THREE SONS, INC. dba AMERICAN
8                                                      MEAT COMPANIES

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**ATTACHMENT**

**STIPULATION RE SETTLEMENT, STAY OF ACTION AND ENTRY OF JUDGMENT UPON DEFAULT**

1    Kathleen C. Jeffries (State Bar #110362)
     kjeffries@scopelitis.com
2    SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
     2 North Lake Avenue, Suite 560
3    Pasadena, California 91101
     Telephone: (626) 795-4700
4    Facsimile: (626) 795-4790

5    Attorneys for Plaintiff
     THREE SONS, INC. dba AMERICAN MEAT COMPANIES
6

7

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10   THREE SONS, INC. dba AMERICAN    )    Case No. 8:21-CV-01692-SSS-KES
     MEAT COMPANIES, a California     )
11   corporation,                     )    STIPULATION RE SETTLEMENT, STAY
                                       )    OF ACTION AND ENTRY OF
12           Plaintiff,                )    JUDGMENT UPON DEFAULT
     v.                                )
13                                     )
     FELIX EXPRESS INC., a California  )
14   corporation; V LINE INC., a New   )
     York corporation; and DOES 1      )
15   through 20, inclusive,            )
                                       )
16           Defendants.               )
                                       )

17

18           IT IS HEREBY STIPULATED by and between plaintiff Three Sons, Inc.

19   dba American Meat Companies ("AMC") and defendant Felix Express, Inc. ("Felix")

20   as follows:

21           1.    Based  upon  the  following  provisions  regarding  settlement

22   between AMC and Felix, this action may be stayed until the matter is dismissed or

23   default judgment is entered pursuant to the terms of this Stipulation.

24           2.    Subject to the provisions herein, AMC will accept payment in the

25   sum of $35,000.00 payable to AMC on the following terms in full satisfaction of its

26   claims against Felix as set forth in the complaint on file herein:

27   / / /

28                                      1
     STIPULATION RE SETTLEMENT, STAY OF ACTION AND ENTRY OF JUDGMENT UPON
                                    DEFAULT

1           •       $6,000.00 on or before August 31, 2022;

2           •       $6,000.00 on or before September 30, 2022;

3           •       $6,000.00 on or before October 31, 2022;

4           •       $6,000.00 on or before November 30, 2022;

5           •       $6,000.00 on or before December 30, 2022; and

6           •       $5,000.00 on or before January 31, 2023.

7         3.     The payments required herein shall be made **on or before** the

8 dates set forth in paragraph 1 above by **ACH transfer** in accordance with the

9 following:

10        Company Name:  Three Sons, Inc dba American Meat Companies

11        Bank Name:  Union Bank

12        ABA Routing Transit Number:  122000496

13        Account Number:  2100697753

14        Send notice of remittance to: skalbfleish@americanmeatcompanies.com

15         4.     Provided that the payments set forth in paragraph 2 herein are

16 made timely and in the proper manner, judgment shall not be entered pursuant to

17 this Stipulation or otherwise.

18         5.     However, in the event that Felix fails to make the payments due

19 in accordance with the terms of paragraphs 2 and 3 above, Felix shall be in default

20 under the terms of this Stipulation.  If any default remains uncured five business

21 days after written notice is delivered by AMC to Felix, AMC may immediately file

22 with the Court a request for entry of judgment and judgment pursuant to stipulation,

23 seeking the entry of judgment against Felix pursuant to the terms set forth in

24 paragraph 6 below.

25         6.     The judgment to be entered against Felix in the event of any

26 uncured default as set forth in paragraph 5 above shall be in the sum of $73,391.24,

27 consisting of damages in the sum of $72,880.34 and costs in the sum of $510.90, plus

28

1   interest on the principal sum of $72,880.34 at the rate of 10% per year from July 26,

2   2019, the date of loss at issue in this case, less any principal payments actually made

3   by Felix and received by AMC pursuant to this Stipulation.

4              7.    Upon completion of the obligations set forth in this Stipulation,

5   AMC shall, within ten days thereof, execute and file with the Court a request for

6   dismissal seeking dismissal of the entire action herein with prejudice.

7              8.    Except as set forth herein, upon execution of this Stipulation,

8   each party hereby releases and forever discharges the other party and its respective

9   directors, officers, shareholders, employees, agents, successors or assigns from any

10  and all claims, debts, liabilities, demands, obligations, lawsuits, costs, expenses,

11  attorneys' fees, actions and causes of action of every nature, character and

12  description, known or unknown, which either of the parties now owns or holds or has

13  at any time heretofore owned or held against the other party by reason of any matter,

14  cause, transaction or thing whatsoever done, occurred, omitted or suffered to be done

15  by either party to this Agreement, arising out of or in connection with the

16  performance of transportation and related services by Felix for AMC, including those

17  matters asserted in the complaint on file herein or the subject matter thereof; and

18  each party shall, accordingly, forever refrain from commencing, instituting or

19  prosecuting any claim, lawsuit, action or other proceeding against the other party, or

20  any of its directors, officers, shareholders, employees, agents, successors or assigns,

21  based upon or arising out of any matter subject to such releases.

22             9.    Each party hereby expressly waives and relinquishes any and all

23  rights which it may have under the provisions of Section 1542 of the California Civil

24  Code or similar statute of the United States.  Said Section 1542 reads as follows:

25        "A general release does not extend to claims that the creditor or

26        releasing party does not know or suspect to exist in his or her favor at

27        the time of executing the release and that, if known by him or her, would

28

STIPULATION RE SETTLEMENT, STAY OF ACTION AND ENTRY OF JUDGMENT UPON
DEFAULT

have materially affected his or her settlement with the debtor or released party."

10.   The parties hereto further agree that the terms of this Agreement shall be and remain confidential and shall not be disclosed, except as between the parties hereto or their respective directors, owners, officers, attorneys, accountants and auditors, the Court, or as otherwise may be required by law when necessary to effect compliance with law or permitted in writing by both parties.

11.   This Stipulation shall be construed under the laws of the State of California.

12.   This Stipulation may not be supplemented, modified or amended in any manner, except by an instrument in writing stating that it is a supplement, modification or amendment of this Stipulation and signed by both parties hereto.

13.   This Stipulation may be executed in multiple counterparts and each executed counterpart shall have the force and effect of an original.  A copy of any signature, whether transmitted by mail, e-mail or facsimile, shall be as valid and binding as an original signature.

Dated: August 20, 2022                    FELIX EXPRESS, INC.

By: _____

Name: Vitalii Onishchuk

Title: CEO

Dated: August 22, 2022                    THREE SONS, INC. dba AMERICAN MEAT COMPANIES

By: _____

Name: Stephen J. Kalbfleish

Title: Chief Financial Officer

4860-3343-8758, v. 4

4

STIPULATION RE SETTLEMENT, STAY OF ACTION AND ENTRY OF JUDGMENT UPON DEFAULT

**PROOF OF SERVICE**

1

2    I, **Kathleen C. Jeffries**, am employed in the County of Los Angeles, State of

3    California.  I am over the age of 18 and not a party to the within action.  My business address is 2 North Lake Avenue, Suite 560, Pasadena, California 91101.

4    On August 22, 2022, I served the foregoing document titled, **PLAINTIFF THREE SONS, INC. dba AMERICAN MEAT COMPANIES' NOTICE OF**

5    **SETTLEMENT AND REQUEST FOR STAY OF ACTION**, on interested parties in this action as follows:

6

7    Vitalii Onishchuk
     Felix Express Inc.

8    4945 Shell Street
     North Highlands, California 95660

9

10    Email: felixexpres@gmail.com

11    Pursuant to Code of Civil Procedure § 1010.6(e) mandating electronic service in civil proceedings, I caused the document(s) to be sent to the person and email address

12    listed above.

13    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

14

15    Executed on August 22, 2022, at Pasadena, California.

16                                        */s/ Kathleen C. Jeffries*
                                          Kathleen C. Jeffries

17

18

19

20

21

22

23

24

25

26

27    4885-8503-6335, v. 1

28