1  Kathleen C. Jeffries (State Bar #110362)
   kjeffries@scopelitis.com
2  SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
   2 North Lake Avenue, Suite 560
3  Pasadena, California 91101
   Telephone: (626) 795-4700
4  Facsimile: (626) 795-4790

5  Attorneys for Plaintiff
   THREE SONS, INC. dba AMERICAN MEAT COMPANIES
6

7

8             UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10 THREE SONS, INC. dba AMERICAN     ) Case No. 8:21-CV-01692-SSS-KES
   MEAT COMPANIES, a California      )
11 corporation,                      ) STIPULATION RE DISMISSAL WITH
                                     ) PREJUDICE
12         Plaintiff,                )
                                     ) (Fed. R. Civ. P. Rule 41(a)(1)(A)(ii))
13 v.                                )
                                     )
14 FELIX EXPRESS INC., a California  )
   corporation; V LINE INC., a New   )
15 York corporation; and DOES 1      )
   through 20, inclusive,            )
16                                   )
           Defendants.                )
17                                    )

18

19         IT IS HEREBY STIPULATED by and between plaintiff Three Sons, Inc.

20 dba American Meat Companies and defendant Felix Express, Inc.,[1] pursuant to

21 Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), that a settlement agreement has

22 been reached for full resolution of this action; that the terms of the settlement

23 / / /

24 / / /

25 / / /

26

27 [1] Defendant V Line Inc., though properly served, did not appear in this action. Accordingly, plaintiff sought and obtained a Default by Clerk, entered on December 14, 2021. This Stipulation is intended to dismiss the entire action, including claims against V Line Inc.

28

1
STIPULATION RE DISMISSAL WITH PREJUDICE

agreement have been satisfied; and that the entire action may now be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: January 31, 2023

FELIX EXPRESS, INC.

By: _____
Name: Vitalii Onishchuk
Title: Owner

Dated: January 31, 2023

SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP

By: */s/ Kathleen C. Jeffries*
Kathleen C. Jeffries
Attorneys for Plaintiff
THREE SONS, INC. DBA AMERICAN MEAT COMPANIES

## PROOF OF SERVICE

I, **Kathleen C. Jeffries**, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2 North Lake Avenue, Suite 560, Pasadena, California 91101.

On February 23, I served the foregoing document titled, **STIPULATION RE DISMISSAL WITH PREJUDICE**, on interested parties in this action as follows:

**VIA ELECTRONIC SERVICE, pursuant to California Code of Civil Procedure § 1010.6(e) to:**

> Vitalii Onishchuk
> Email: felixexpres@gmail.com

**VIA FIRST CLASS MAIL, POSTAGE PREPAID TO**:

> Vitalii Onishchuk
> Felix Express Inc.
> 4945 Shell Street
> North Highlands, California 95660

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 23, 2023, at Pasadena, California.

> */s/ Kathleen C. Jeffries*
> Kathleen C. Jeffries

4859-9063-2014, v. 1