1  Kathleen C. Jeffries (State Bar #110362)
   kjeffries@scopelitis.com
2  SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
   2 North Lake Avenue, Suite 560
3  Pasadena, California 91101
   Telephone: (626) 795-4700
4  Facsimile: (626) 795-4790

5  Attorneys for Plaintiff
   THREE SONS, INC. dba AMERICAN MEAT COMPANIES
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10 THREE SONS, INC. dba AMERICAN      )  Case No. 8:21-CV-01692-SSS-KESx
   MEAT COMPANIES, a California       )
11 corporation,                       )  ORDER ON STIPULATION RE
                                      )  DISMISSAL WITH PREJUDICE
12         Plaintiff,                 )
                                      )  (Fed. R. Civ. P. Rule 41(a)(1)(A)(ii))
13 v.                                 )
                                      )
14 FELIX EXPRESS INC., a California   )
   corporation; V LINE INC., a New    )
15 York corporation; and DOES 1       )
   through 20, inclusive,             )
16                                    )
           Defendants.                )
17                                    )

---

1
ORDER ON STIPULATION RE DISMISSAL WITH PREJUDICE

Based upon the stipulation by and between the remaining parties hereto, plaintiff Three Sons, Inc. dba American Meat Companies and defendant Felix Express, Inc. pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), and the facts that a settlement agreement has been reached between such parties for full resolution of this action and that the terms of the settlement agreement have been satisfied,

IT IS HEREBY ORDERED that the entire case is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: February 27, 2023

Sunshine S. Sykes
United States District Judge